```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>  Plaintiff,<br><br>Vs.<br><br>Guadalupe Rivera, et al.,<br><br>  Defendants. | Case Number 24-1122 KAW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND <s>(Proposed)</s> ORDER |

Plaintiff Richard Sepulveda, and defendants Guadalupe Rivera, Robert Adams, Jr., and Christella Adams (together, "Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for Defendants is Cris C. Vaughan of Vaughan & Associates Law Office, APC), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release with Defendants in this matter whereby plaintiff deemed resolved all claims as against all defendants, and agreed to the dismissal of the above-captioned action with prejudice, with regard to all defendants, all parties to bear their own respective attorney fees and costs.
2. This written settlement agreement was entered into by Plaintiff and Defendants.
3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all defendants.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney of record for Plaintiff Richard Sepulveda                                    12/9/2024

1

1 | Vaughan & Associates Law Office, APC – By: Cris C. Vaughan /s/ Cris C. Vaughan
2 | Attorney of record for Defendants                                                                12/0/2024

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on December 9, 2024, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Cris C. Vaughan, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

## [PROPOSED] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Rivera, et al., Case No. 24-1122 KAW, is dismissed with prejudice with respect to defendants Guadalupe Rivera, Robert Adams, Jr. and Christella Adams, and all causes of action with respect to them, with each party to bear his/her/its own attorney's fees and costs.

Date: December 13, 2024

*/s/ Kandis Westmore*
Kandis A. Westmore
United States Magistrate Judge